UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SINTAY, aka<br>BRIAN LARRY SINTAY,<br><br>　　　　Petitioner,<br><br>vs.<br><br>MICHAEL MARTEL,<br><br>　　　　Respondent. | Case No. CV 08-7876-JVS(RC)<br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: October 26, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

R&R\08-7876.jud
9/28/10